IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00CR201-V

| UNITED STATES OF AMERICA | ) |  |
| --- | --- | --- |
|  | ) |  |
| v. | ) | **O R D E R** |
|  | ) |  |
| **KEITH HOWARD AKERS,** | ) |  |
| **Defendant.** | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on the Government's Motion For Reconsideration and Supplemental Memorandum of Law. (Documents #28, #32)

For the reasons stated in the Government's supplemental filing, as well as <u>United States v. Roper</u>, 462 F.3d 336, 340 (4th Cir.2006), the Court hereby vacates its earlier Judgment for purposes of correcting errors of both fact and law with respect to the Court's remission of the restitution balance in this case.

**IT IS, THEREFORE, ORDERED** that the Government's Motion For Reconsideration is hereby **GRANTED**. Accordingly, the Clerk of Court shall prepare an **Amended Judgment** to reflect that Defendant Akers owes restitution in the amount of $74.29 pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. §§3663a and 3664.[1] All other terms and conditions of the Defendant's sentence remain the same.

Signed: April 25, 2007

Richard L. Voorhees
United States District Judge

---

[1] The Court noted in its Order of April 2006 that there was a discrepancy regarding the balance due. (Document #31) The Clerk's Office is responsible for receiving all payments from the Defendant as well as issuing all payments to the victims. The balance above is consistent with the Clerk's records and is a lesser amount that what was represented to the Court at the time of sentencing.